UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
Southern
_____ x

IN RE:.
1112 Park Avenue
Mamaroneck NY 10543
Vickie Bisignano        Debtor
_____ x

Chapter 13
Case No. 10-24055

APPLICATION FOR DISMISSAL
OF CHAPTER 13 CASE

I, Vickie Bisignano, hereby certifies under the penalty of perjury that:

1. I am the Debtor in the above captioned matter.

2. I filed a Chapter 13 petition ("the case") on September 30, 2010

3. The case has not been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code.

4. I request that this Court dismiss this case pursuant to 11 U.S.C Section 1307.

Dated: 10/14/2010

Vickie Bisignano
Pro Se Debtor

FILED
2010 OCT 14
U.S. BANKRUPTCY COURT
S.D.N.Y.