# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Vickie Bisignano | CASE NO.: 10–24055–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–9595 | CHAPTER: 13 |

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Vickie Bisignano was dismissed from the case on October 19, 2010 .

| | |
|---|---|
| Dated: October 19, 2010 | Vito Genna<br>Clerk of the Court |